# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MADISON ATRINA LLC d/b/a DISTRICT LENDING, <br><br> Defendant. | Case No. 2:23-cv-13176 <br> Hon. Laurie J. Michelson <br> Mag. Kimberly G. Altman |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff United Wholesale Mortgage, LLC ("UWM") hereby discloses the following:

UWM is a Michigan limited liability company with its principal place of business at 585 South Boulevard East, Pontiac, Michigan 48341.

UWM's sole member and manager is UWM Holdings, LLC, which is comprised of two members, SFS Holding Corp. and UWM Holdings Corporation.

SFS Holding Corp. is incorporated in Michigan and has its principal place of business in Michigan but is not a publicly traded corporation.

UWM Holdings Corporation is incorporated in Delaware and has its principal place in Michigan. UWM Holdings Corporation is a publicly traded company but does not own more than 10% of UWM.

There is no publicly held corporation that holds more than 10% of UWM's stock.

Respectfully submitted,

By: */s/ Mahde Y. Abdallah*
Moheeb H. Murray (P63893)
William E. McDonald, III (P76709)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
T/F: (248) 822-7800
murray@bsplaw.com
mcdonald@bsplaw.com
abdallah@bsplaw.com

A. Lane Morrison
**BUSH SEYFERTH PLLC**
5810 Wilson Road, Suite 125
Humble, TX 77396
T/F: (281) 930-6853
morrison@bsplaw.com

Dated: December 14, 2023        *Attorneys for United Wholesale Mortgage, LLC*