MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED WHOLESALE MORTGAGE, LLC

        Plaintiff(s),

v.

MADISON ATRINA LLC d/b/a DISTRICT LENDING

        Defendant(s).
_____/

Case No. 2:23-cv-13176

Judge Hon. Laurie J. Michelson

Magistrate Judge Hon. Kimberly G. Altman

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Madison Atrina LLC d/b/a District Lending__
                                                                               [Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐      No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐      No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: __April 2, 2024__

Signature: /s/
P58034
Bar No.
344 North Old Woodward Avenue, Suite 200
Street Address
Birmingham, MI 48009
City, State, Zip Code
248-864-4000
Telephone Number
jhirsch@morganrothlaw.com
Primary Email Address