# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE,
LLC,

     Plaintiff,

v.

MADISON ATRINA LLC d/b/a
DISTRICT LENDING,

     Defendant.

Case No. 2:23-cv-13176
Hon. Laurie J. Michelson

_____/

| | |
|---|---|
| MOHEEB H. MURRAY (P63893) | JEFFREY B. MORGANROTH (P41670) |
| WILLIAM E. McDONALD III (P76709) | JASON R. HIRSCH (P58034) |
| MAHDE Y. ABDALLAH (P80121) | MORGANROTH & MORGANROTH, PLLC |
| BUSH SEYFERTH PLLC | Attorneys for Defendant |
| Attorneys for Plaintiff | 344 North Old Woodward Avenue, Suite 200 |
| 100 W. Big Beaver Road, Suite 400 | Birmingham, Michigan 48009 |
| Troy, Michigan 48084 | (248) 864-4000 |
| (248) 822-7800 | jmorganroth@morganrothlaw.com |
| abdallah@bsplaw.com | jhirsch@morganrothlaw.com |
| mcdonald@bsplaw.com | |

A. LANE MORRISON
BUSH SEYFERTH PLLC
5810 Wilsom Road, Suite 125
Humble, TX 77396
(281) 930-6853
morrison@bsplaw.com

_____/

# DEFENDANT'S PRELIMINARY FACT WITNESS LIST

Defendant, Madison Atrina LLC d/b/a District Lending ("District Lending"), by and through its attorneys, hereby submits its Preliminary Fact Witness List as follows:

**Expect to Testify**

1. Josh Rapaport, may be contacted through District Lending's counsel

2. Shawn Nevin, may be contacted through District Lending's counsel

3. Dean Lob, may be contacted through District Lending's counsel

4. Scott Goldstein, may be contacted through District Lending's counsel

5. Alan Tucsok, representative of Plaintiff

6. Eric Throgmorton, representative of Plaintiff

7. Brian Florian, representative of Plaintiff

8. Allen Beydoun, representative of Plaintiff

9. Mat Ishbia, representative of Plaintiff

**May Call if Needed**

10. Henry Gomez, representative of Plaintiff

11. Mikele McMacken, representative of Plaintiff

12. Sean Fahey, representative of Plaintiff

13. Steve Slifko, representative of Plaintiff

14. Heather Deny, representative of Plaintiff

15. Sarah Deciantis, representative of Plaintiff

1

16. Joe Shalaby, EMortage Capital, 18071 Fitch Ste. 200, Irvine, CA 92614, (855) 569-3700

17. Robb Fordham, First Colony Mortgage, 2100 W. Pleasant Grove Blvd., Suite 100, Pleasant Grove, UT 84062, 801-226-7456

18. Geoff Samet, c/o Shawn Solon, Esq., 1050 Woodward Avenue, Detroit, MI 48226 shawnsolon@rocketcompanies.com

19. Mike Fawaz, c/o Shawn Solon, Esq., 1050 Woodward Avenue, Detroit, MI 48226 shawnsolon@rocketcompanies.com

20. Austin Niemiec, c/o Shawn Solon, Esq., 1050 Woodward Avenue, Detroit, MI 48226 shawnsolon@rocketcompanies.com

21. Bob Walters, c/o Shawn Solon, Esq., 1050 Woodward Avenue, Detroit, MI 48226 shawnsolon@rocketcompanies.com

22. Sy Gulati, Loan United Wholesale, 3235 Satellite Blvd, Suite 314, Duluth, GA 30096, 800-303-0060

23. Agents and representatives of Atlantic Trust, may be contacted through District Lending's counsel

24. Agents and representatives of Kevron, contact information unknown

25. Agents and representatives of America's Moneyline, may be contacted through District Lending's counsel

26. Agents and representatives of Midland Funding, contact information unknown

27. Agents and representatives of Okavage Group, contact information unknown

28. Agents and representatives of Hunterbrook Media, contact information unknown

29. Agents and representatives of any other broker alleged to have violated the All-In Addendum, contact information unknown

30. Any and all witnesses listed by any other party

31. Any and all witnesses necessary in order to authenticate District Lending's exhibits

32. Any and all witnesses whose identity is established through subsequent discovery

33. Any and all impeachment and/or rebuttal witnesses

34. District Lending reserves the right to supplement and/or amend this preliminary fact witness list as discovery progresses in this action

35.     District Lending reserves the right to amend this preliminary fact witness list in order to correct any typographical, spelling, clerical, and identification errors which may be present and are later discovered.

Respectfully submitted,

/s/ Jeffrey B. Morganroth
JEFFREY B. MORGANROTH (P41670)
JASON R. HIRSCH (P58034)
MORGANROTH & MORGANROTH, PLLC
Attorneys for District Lending
344 North Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(248) 864-4000
jmorganroth@morganrothlaw.com
Dated: September 8, 2025       jhirsch@morganrothlaw.com

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2025, I electronically served the foregoing

paper upon counsel of record via the Court's ECF system.

MORGANROTH & MORGANROTH, PLLC

By: /s/ Jason R. Hirsch
JEFFREY B. MORGANROTH (P41670)
JASON HIRSCH (P58034)
Attorneys for District Lending
344 N. Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 864-4000
Email: jhirsch@morganrothlaw.com

5