# EXHIBIT J

Registered by: *jrapaport@districtlending.com* on *2/27/2022 8:00:04 AM* and last updated: *3/14/2022 12:30:01 PM*. E.S.A. acknowledged by: *Josh Rapaport* on

Assigned to AE: *AE House Account*

COMPLETE | RENEWAL COMPLETE/APPROVED

UWM_DistrictLending000090



UWM_DistrictLending000091