UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,

     Plaintiff,

v.

MADISON ATRINA LLC,

     Defendant.

Case No. 23-13176
Honorable Laurie J. Michelson
Magistrate Judge Kimberly G. Altman

## ORDER REGARDING DETERMINATION OF MOTION

On April 13, 2026, Plaintiff filed a motion for summary judgment [ECF No. 35]. The motion is under review by the Court. The response brief and any reply brief shall be filed in accordance with the time limits set forth in E.D. Mich. LR 7.1(e). The Court has discretion to decide the motion on the briefs. *See* Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f). If, upon review of the briefing, the Court finds that oral argument would aid in resolving the disputed issues, a notice will be filed on the docket setting a hearing.

Until such time, counsel are directed to review the Case Management Requirements. As a reminder, all briefs (opening motions, responses, and replies) must append the Brief Format Certification Form (http://www.mied.uscourts.gov/pdffiles/MichelsonBriefCertificationForm.docx). Failure to append the Brief Certification Form will result in any brief being stricken.

SO ORDERED.

2

Dated: April 15, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE