# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC, | Case No. 2:23-cv-13176 |
| Plaintiff, | Hon. Laurie J. Michelson |
| | Mag. Kimberly G. Altman |
| v. | |
| MADISON ATRINA LLC d/b/a DISTRICT LENDING, | |
| Defendant. | |

**STIPULATION EXTENDING DEADLINE TO RESPOND TO PLAINTIFF UNITED WHOLESALE MORTGAGE, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 35]**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that Defendant Madison Atrina LLC d/b/a District Lending's deadline to respond to Plaintiff United Wholesale Mortgage, LLC's ("UWM") Motion for Summary Judgment, ECF No. 35, is extended to 28 days after the latter of (1) the date UWM's President and Chief Executive Officer, Mat Ishbia, is deposed in the separate *United Wholesale Mortgage, LLC v. Atlantic Trust Mortgage Corporation* (Case No. 24-cv-10216) matter ("Atlantic Trust Case"), or (2) the issuance of a final, non-appealable order denying Atlantic Trust Mortgage Corporation the opportunity to depose Mr. Ishbia in the Atlantic Trust Case that is no longer subject to reconsideration.

Dated: April 24, 2026

Respectfully submitted,

*/s/ Mahde Y. Abdallah  (w/consent*)
Moheeb H. Murray (P63893)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
T/F: (248) 822-7800
murray@bsplaw.com
abdallah@bsplaw.com
*Attorneys for Plaintiff*

*/s/ Jason R. Hirsch*
Jeffrey B. Morganroth (P41670)
Jason R. Hirsch (P58034)
**MORGANROTH & MORGANROTH, PLLC**
344 N. Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 864-4000
jmorganroth@morganrothlaw.com
jhirsch@morganrothlaw.com
*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC, | Case No. 2:23-cv-13176 |
| Plaintiff, | Hon. Laurie J. Michelson |
| v. | Mag. Kimberly G. Altman |
| MADISON ATRINA LLC d/b/a DISTRICT LENDING, | |
| Defendant. | |

## SECOND ORDER AMENDING SCHEDULING ORDER

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises; **IT IS HEREBY ORDERED** that Defendant Madison Atrina LLC d/b/a District Lending's deadline to respond to Plaintiff United Wholesale Mortgage, LLC's ("UWM") Motion for Summary Judgment, ECF No. 35, is extended to 28 days after the latter of (1) the date UWM's President and Chief Executive Officer, Mat Ishbia, is deposed in the separate *United Wholesale Mortgage, LLC v. Atlantic Trust Mortgage Corporation* (Case No. 24-cv-10216) matter ("Atlantic Trust Case"), or (2) the issuance of a final, non-appealable order denying Atlantic Trust Mortgage Corporation the opportunity to depose Mr. Ishbia in the Atlantic Trust Case that is no longer subject to reconsideration.

**SO ORDERED.**

Date: April 27, 2026                    s/Laurie J. Michelson
                                        Hon. Laurie J. Michelson
                                        United States District Court Judge

2