**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

UNITED WHOLESALE MORTGAGE, LLC,

       Plaintiff,

v.

       Case No. 2:23-cv-13176
       Hon. Laurie J. Michelson
       Mag. J. Hon. Kimberly G. Altman

MADISON ATRINA LLC d/b/a District Lending,

       Defendant.

_____/

**INDEX OF EXHIBITS TO DEFENDANT'S BRIEF IN OPPOSITION TO UNITED WHOLESALE MORTGAGE LLC'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 35]**

1. 2019 Wholesale Broker Agreement

2. 2021 Wholesale Broker Agreement

3. Transcript of March 24, 2026 Deposition of Henry Gomez

4. Transcript of February 4, 2026 Deposition of Steven Slifko

5. Transcript of Deposition of March 16, 2026 Mikele McMacken

6. Transcript of Deposition of May 21, 2026 Sarah Deciantis

7. Various emails from UWM to District Lending

8. February 7, 2023 Email from Mat Ishbia to Smith et al.

9. February 4, 2022 Detroit News Article titled "UWM sues brokers who still do business with Rocket Mortgage"

10. Transcript of July 1, 2026 Deposition of Mat Ishbia (to be submitted separately due to UWM's improper designation as confidential)

1