# EXHIBIT 7



-------- Original message --------
From: Adriana Bifarella <abifarella@uwm.com>
Date: 1/25/24 1:39 PM (GMT-07:00)
To: Josh Rapaport <jrapaport@districtlending.com>
Subject: Instructions for All In Reactivation with UWM- AZ635

Hello Josh,

I'm checking in with companies that have been deactivated and informing them of the process to join back ALL IN with UWM if interested.

Below is the process:

To move forward we will need you to do the following:
1. Reply confirming you agree with our contract terms and no longer use Rocket or Fairway. (blank broker agreement attached for your reference, you do not need to fill it out)
2. Provide an updated roster with contact info, title, number (see attached)
3. Complete and DocuSign or wet sign the LPC attached.

We will need all 3 items to process your request. Once reactivated, we will send out a renewal link to complete within the next 30 days from uwmrenewals@uwm.com .

**Upon reactivation you can expect the following red carpet treatment:**

2

DL 000004

**PRO Ranking status of PRO Elite. During your PRO Elite trial period, you can take advantage of all the benefits PRO Elite status gives you, including:**

- 30 <u>Control Your Price</u> bps to use for pricing incentives*
- Exclusive access to our <u>Conventional 1% Down</u> product
- Faster turn times
- Greater visibility on <u>FindAMortgageBroker.com</u>

Plus, for the duration of your PRO Elite trial, you're eligible for unlimited access to <u>PA+</u> at no cost to you.

After your trial ends, you'll need to work toward achieving PRO Elite status each month by earning points toward your PRO Score. Points are earned for doing things we believe will help you invest in yourself and your business, deliver a better client experience and build stronger relationships — you'll need a minimum of 70 points to get to PRO Elite status. Here are a few tips that can help you easily earn 40 points at the beginning of each month:

- 5 points: Post to your social media from the <u>Brand 360</u> Marketing Calendar
- 15 points: Schedule weekly calls with your account executive to discuss best practices on our latest tech, tools and products to achieve success in today's market
- 20 points: Click the links in our emails to stay up to date on industry and UWM news with 3Points video at the beginning of each month and Fastbreak videos weekly, and tune in to our <u>Weekly Sales Huddle</u> every Wednesday live at 9 a.m. ET or view the replay at 12 p.m. ET

Remember, the higher your PRO Ranking, the more benefits you'll have access to. Learn more about your PRO Score <u>here</u> and check your <u>PRO Ranking dashboard</u> to see your status.

*Control Your Price bps must be applied at initial lock.

---

I look forward to hearing back from you and getting your company back on board once ready!

Thank you,

 

ADRIANA BIFARELLA   Senior Business Development Specialist
p 248.833.4668
uwm.com

You + UWM = The #1 Mortgage Team in America
Please <u>share your feedback</u> on what we're doing well and where we can improve.

The contents of this message may be confidential. If you are not the intended recipient, do not disseminate, disclose, copy or use this message without the permission of the author. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature. If this message has been received in error, please delete it immediately.

DL 000005

——— Original message ———
From: Calendly <notifications@calendly.com>
Date: 2/8/24 11:46 AM (GMT-07:00)
To: Josh Rapaport <jrapaport@districtlending.com>
Subject: New Event: Kristin Allen - 02:00pm Thu, Feb 8, 2024 - 10 Minute Mortgage Consultation With Josh Rapaport



Hi Josh Rapaport,

1

DL 000009

A new event has been scheduled.

**Event Type:**
10 Minute Mortgage Consultation With Josh Rapaport

**Invitee:**
Kristin Allen

**Invitee Email:**
kallen@uwm.com

**Text Reminder Number:**
+1 810-240-4740

**Event Date/Time:**
02:00pm - Thursday, February 8, 2024 (Arizona, Yukon Time)

**Description:**

10 Minute Phone Consultation With Josh Rapaport of District Lending

**Location:**
+1 248-833-4622

**Invitee Time Zone:**
Eastern Time - US & Canada

View event in Calendly

**Pro Tip!**

**Find time together with meeting polls**

Polls lets you quickly propose meeting times to a group, then book at a time that works best for everyone. Try it out.

Sent from Calendly                                    Report this event

2

DL 000010



**From:** Hassan Elherchi <helherchi@uwm.com>
**Sent:** Thursday, February 8, 2024 1:19 PM
**To:** Josh Rapaport <jrapaport@districtlending.com>
**Subject:** UWM Relationship

Hello Josh,

Just tried calling your office line, I am one of the National Sales Directors here at United Wholesale Mortgage and I work directly with Mat Ishbia. Please let me know when you have a few moments for a call, it is extremely important we speak. My direct line is 248-833-4645. Thank you

1

DL 000011

 

**HASSAN ELHERCHI   Senior Account Executive**
p 248.833.4645
m 313-718-0103
**uwm.com**

You + UWM = The #1 Mortgage Team in America
Please share your feedback on what we're doing well and where we can improve.

The contents of this message may be confidential. If you are not the intended recipient, do not disseminate, disclose, copy or use this message without the permission of the author. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature. If this message has been received in error, please delete it immediately.

2

DL 000012



---------- Forwarded message ---------
From: **Eric Stein** <estein@uwm.com>
Date: Thu, Oct 17, 2024, 7:02 AM
Subject: Thank You For The Connection- I Love The Valley
To: jrapapor@gmail.com <jrapapor@gmail.com>


Josh,


Thank you for the LinkedIn connection.  One of my top accounts is located in Arizona and she is doing a lot of cash out loans right now.  How is your refi pipeline?


We are excited to announce a fantastic opportunity for your clients looking to tap into their home equity with our Conventional Cash-Out Refinance options, now available up to 90% Loan-to-Value (LTV) with no Mortgage Insurance (MI).


**Key Highlights:**

- **High LTV Limits:** Offer your clients the ability to refinance up to 90% of their home's value.
- **No Mortgage Insurance:** Provide your clients with the benefit of no MI, reducing their monthly payments.

1

DL 000016

## Why Choose UWM for Cash-Out Refinances?

- **Competitive Rates:** Benefit from some of the lowest rates in the market.
- **Fast Closings:** Our streamlined process ensures quick and efficient closings.
- **Exceptional Support:** Our dedicated team is here to assist you every step of the way.

## Product Details:

- **LTV Limits:** Up to 90% for primary residences.
- **No Mortgage Insurance:** Enjoy the advantage of no MI requirements, making it easier for your clients to manage their finances.
- **Eligible Loan Amounts:** Up to the county loan limit.

Best regards,



ERIC STEIN   Senior Account Executive
p 800.981.8898 Ext.3183
m 248-217-4760
uwm.com

You + UWM = The #1 Mortgage Team in America
Please share your feedback on what we're doing well and where we can improve.

Need access on the go? Click to download UWM InTouch Mobile App.

The contents of this message may be confidential. If you are not the intended recipient, do not disseminate, disclose, copy or use this message without the permission of the author. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature. If this message has been received in error, please delete it immediately.

DL 000017



**From:** Robert Shkreli <rshkreli@uwm.com>
**Sent:** Saturday, February 15, 2025 9:32 AM
**Subject:** Important: UWM Account Status

Hello team,

I would love to bring you back to UWM. As Senior Director of Sales, you would work directly with my team and I.

I can do the following for you:

- Tier 1 best rate sheet at UWM.
- 5 free day extensions on all agency locks
- 60 bps incentive on every loan above 720 FICO for the next 45 days.
- 40 bps incentive on other loans
- EPO Protection, as long as you do not cause it.
- Assigned to your own Underwriting/Closing POD, familiar faces.
- Dedicated team to help you market to more clients, get licensed in additional states, recruit retail LOs and score more business with Lead Providers.
- **In our broker agreement, it states you will not use Rocket while sending loans to UWM. There is no need to terminate them... just can't send loans simultaneously.**

Please let me know if you have any questions.

  

ROBERT SHKRELI   Senior Director, East Coast Development
p 248.833.4350
uwm.com

1

DL 000022

You + UWM = The #1 Mortgage Team in America
Please share your feedback on what we're doing well and where we can improve.

Need access on the go? Click to download UWM InTouch Mobile App.

The contents of this message may be confidential. If you are not the intended recipient, do not disseminate, disclose, copy or use this message without the permission of the author. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature. If this message has been received in error, please delete it immediately.

2

DL 000023



-------- Original message --------
From: Robert Shkreli <rshkreli@uwm.com>
Date: 3/31/25 6:57 AM (GMT-07:00)
To:
Subject: Important: UWM Account Status

Hello team,

I would love to bring you back to UWM. As Senior Director of Sales, you would work directly with my team and
I.

I can do the following for you:

- Tier 1 best rate sheet at UWM.
- 5 free day extensions on all agency locks
- Ability to earn 40 bps incentive on your loans
- Ability to earn EPO Protection, as long as you do not cause it.
- Assigned to your own Underwriting/Closing POD, familiar faces.
- Dedicated team to help you market to more clients, get licensed in additional states, recruit retail LOs and score more business with Lead Providers.
- In our broker agreement, it states you will not use Rocket while sending loans to UWM. There is no need to terminate them... just can't send loans simultaneously.

Rocket purchase Redfin and Mr. Cooper in the last 30 days. Think about your partnership and who has your best interests in mind? They are trying to purchase their clients at pre approval and now in servicing.

1

DL 000027

**UWM is 100% Wholesale and committed to the broker channel. We don't have Retail, Title, AMC, Real Estate, Servicing. We fight for brokers.**

Please let me know if you have any questions.



ROBERT SHKRELI   Senior Director, East Coast Development
p 248.833.4350
uwm.com

You + UWM = The #1 Mortgage Team in America
Please share your feedback on what we're doing well and where we can improve.

Need access on the go? Click to download UWM InTouch Mobile App.

The contents of this message may be confidential. If you are not the intended recipient, do not disseminate, disclose, copy or use this message without the permission of the author. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature. If this message has been received in error, please delete it immediately.

2

DL 000028



From: Robert Shkreli <rshkreli@uwm.com>
Sent: Wednesday, April 2, 2025 7:47 AM
Subject: UWM MAJOR ANNOUCNCEMENTS

Hello team,

**We are approving loans SAME DAY!. CTCing loans in 7-10 calendar days! TIME KILLS DEALS! SPEED!**

## FOUR MAJOR ROLLOUTS!

1) 60 BPS INCENTIVE FOR ALL LOS 720+ FICO
2) Investment Property and Second Home LLPAs reduced. **50-200 BPS IMPROVEMENT**
3) No LLPPs on FHA, VA, and USDA for borrowers with a FICO score of 600 and above
4) Refi Shield 100 is a pricing incentive offering for loans that meet specific criteria:

**Eligibility:**
- These are loans originally originated with UWM at over 5.5% interest rate [1]

**Pricing Incentive:**
- Offers 100 basis points (1%) off the current pricing to help keep borrowers [1]

**How to Apply:**
1. Find eligible loans in your KEEP pipeline under the manual send tab
2. Submit a Change Request (CR) to Lock Desk
3. Use subcategory "Initial Lock"
4. Include the original loan number
5. Mention the Refi Shield 100 incentive

1

DL 000029

 **60bps For 60 Days Extended**
This popular incentive just got a bonus round



All UWM partners can apply 60bps on eligible conventional and government loans now through April 30. Plus, you can extend the incentive through May 31 if you achieve PRO Elite 100+ status ir March or April.

2

DL 000030

 No LLPAs on Government Loans — Extended



Here's another chance to help your clients typically impacted by the highest Loan Level Price Adjustments (LLPAs). No LLPAs on FHA, VA and USDA loans for borrowers with a FICO score of 600 and above on new loans through May 31.

 

ROBERT SHKRELI   Senior Director, East Coast Development
p 248.833.4350
uwm.com

You + UWM = The #1 Mortgage Team in America
Please share your feedback on what we're doing well and where we can improve.

Need access on the go? Click to download UWM InTouch Mobile App.

3

DL 000031

The contents of this message may be confidential. If you are not the intended recipient, do not disseminate, disclose, copy or use this message without the permission of the author. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature. If this message has been received in error, please delete it immediately.

4

DL 000032