# EXHIBIT 8



EXHIBIT    6
WIT: I Shibia
DATE: 7-1-26
Shari J. Pavlovich CSR

From: Mat Ishbia <mishbia@uwm.com>
Sent: Tuesday, February 7, 2023 12:25 PM
To: Desmond P. Smith <dpsmith@uwm.com>; Allen Beydoun <abeydoun@uwm.com>; Anthony Frederick <afrederick@uwm.com>
Subject: All In

Team

The latest move by Rocket Mortgage yesterday with the announcement of "Bully Shield" is a ridiculous media stunt, not a true partner tool. It is a comical gimmick, at best, and further demonstrates how disconnected they are from the broker channel. They are failing to realize that the penalty for breaching the "All In" addendum is not about the fine for brokers, it is about losing access to the #1 lender in America, UWM.

Nearly two years ago, and every day since, brokers have a choice to partner with UWM and 70+ other great wholesale lenders or Rocket and Fairway and 70+ wholesale lenders. Over 11,500 out of 12,000 of them choose to continue working with UWM, and many who chose Rocket two years ago have come back to UWM. These brokers make the decision to work with UWM every single day not only for our speed, technology, price and client service but because they know we are 100% aligned with the broker community, unlike Rocket Mortgage and Fairway Independent. Any UWM partner could make the choice today to leave UWM and move over to Rocket or Fairway with no fine, they have that choice, they just cannot continue to work with UWM. The reason our partners make the choice to use UWM is not because of an addendum or a fine, they make the decision because they know Rocket and Fairway are systematically trying to hurt the broker community, they do not support the broker channel, don't provide brokers the tools to grow, and they are not focused on what is best for consumers long term.

2

For two years we've heard from Rocket how great things are going and how many brokers chose them since the "All In" addendum. However, in Q3 and Q4 2022, they were not at the top of the leaderboard, UWM earned the name of #1 overall mortgage lender in both quarters. And just like UWM has been the #1 wholesale lender for 8 years in a row, we will continue to hold the rank of #1 overall lender as well. The tactics being implemented by Rocket are desperate and further demonstrates the footing they have lost in the mortgage industry.

Don't let the noise confuse you, stay focused and confident that more brokers continue to choose UWM because we are the best partner for them!

Lets dominate the day!

 

**MAT ISHBIA   President and CEO**
p 800.981.8898 Ext.3794 d 248.833.4488
**uwm.com**

You + UWM = The #1 Mortgage Team in America

Please share your feedback on what we're doing well and where we can improve.

The contents of this message may be confidential. If you are not the intended recipient, do not disseminate, disclose, copy or use this message without the permission of the author. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature. If this message has been received in err please delete it immediately.